ACCEPTED
14-14-00172
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/4/2015 12:57:44 PM
CHRISTOPHER PRINE
CLERK

ATTORNEYS AT LAW

# MAGENHEIM & ASSOCIATES

INCLUDING A PROFESSIONAL LIMITED LIABILITY COMPANY

## 3701 KIRBY, SUITE 913

## HOUSTON, TEXAS 77098

(713) 529-1700 - TELEPHONE / (713) 529-1705 - FACSIMILE

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

5/4/2015 12:57:44 PM

CHRISTOPHER A. PRINE
Clerk

May 4, 2015

***Via E-Filing***
Christopher A. Prine, Clerk
14th Court of Appeals
301 Fannin, Suite 245
Houston, Texas 77002

> Re:  Case No. *14-14-00172-CV;  Katy Springs & Manufacturing, Inc. vs. Joseph Favalora;*. In the 14th Court of Appeals, Houston, Texas

Dear Mr. Prine:

The undersigned respectfully requests a copy of the audio and written recordings of the April 30, 2015 Oral Argument that took place in the above-referenced matter.

Thank you for your assistance in this matter.

Very truly yours,

*/s/ Alan N. Magenheim*

Alan N. Magenheim

ANM/ef